**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1203

SARA MUSSIE,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT, Attorney General,

Respondents.

On Petition for Review of an Order of the Board of Immigration
Appeals. (A-72-415-605)

Submitted: July 20, 2001      Decided: August 1, 2001

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Diane McHugh-Martinez, LAW OFFICE OF MCHUGH-MARTINEZ, Washington,
D.C., for Petitioner. Stuart E. Schiffer, Acting Assistant Attor-
ney General, Margaret J. Perry, Senior Litigation Counsel, Julia K.
Doig, Office of Immigration Ligitation, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sara Mussie, a native and citizen of Ethiopia, petitions for review of a final order of the Board of Immigration Appeals (Board) denying her motion to reopen deportation proceedings based on a claim for protection under the United Nations Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment.

Mussie contends that the Board abused its discretion in finding that she failed to establish a prima facie case that it is more likely than not that she would suffer torture if returned to either Germany or Ethiopia. See Stewart v. INS, 181 F.3d 587, 595 (4th Cir. 1999); 8 C.F.R. § 208.16(c)(2) (2001). We have reviewed the administrative record and the Board's decision and find no abuse of discretion in its refusal to grant the motion to reopen. See 8 C.F.R. § 208.18(b)(2)(ii).

Accordingly, we affirm the Board's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED